UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REINKE,

        Plaintiff(s),

  v.

NORTHWEST TRUSTEE SERVICE, INC., et al.,

        Defendant(s).

NO. C10-357MJP

MINUTE ORDER: BRIEFING SCHEDULE ON MOTION TO WITHDRAW REFERENCE

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The above-entitled motion is before this Court on a referral from the Bankruptcy Court. The order was entered on March 3, 2010 and the matter was transferred to this Court the following day. In that order, Bankruptcy Judge Overstreet directed that "the response to [this] motion shall be filed in the District Court pursuant to Rule 5011-1(b), (c), Local Bankruptcy Rules, W.D. Wash."

Pursuant to that directive and the Local Bankruptcy Rules, the parties are ordered to file their responsive pleadings on the following schedule:

- Plaintiff's response brief shall be due on **March 18, 2010**
- Defendant BAC's reply brief shall be due on **March 25, 2010**
- The motion shall be re-noted for **March 26, 2010**.

Filed this 8th day of March, 2010.

                                                BRUCE RIFKIN, Clerk

                                                By    /s Mary Duett
                                                           Deputy Clerk

MINUTE ORDER