THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARL REINKE, an individual,,<br><br>                  Plaintiff,<br><br>  v.<br><br>NORTHWEST TRUSTEE SERVICE INC., a Washington corporation; AURORA LOAN SERVICES LLC, a Delaware corporation; BAC HOME LOANS SERVICING (f/k/a COUNTRYWIDE HOME LOANS SERVICING LP, a Texas corporation; HOME CAPITAL FUNDING, a California corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington corporation; LAWYERS TITLE INSURANCE COMPANY, a Nebraska corporation; WINSTAR MORTGAGE PARTNERS INC, a Minnesota corporation, its successors and assign; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation,<br><br>                Defendants. | Case No. 10-357MJP<br><br>ORDER ON WITHDRAWAL OF BAC's MOTION TO WITHDRAW THE REFERENCE, DISMISSING CASE, AND LIFTING STAY IN BANKRUPTCY COURT PROCEEDING |

      THIS MATTER having come before the Court upon Defendant BAC Home Loan Servicing, LP's ("BAC"), incorrectly identified in the above proceeding as "BAC Home Loans Servicing (f/k/a Countrywide Home Loans Servicing, LP)" Notice Striking Hearing re Motion to Withdraw the Reference (the "Notice") [Docket #4], the hearing scheduled for

ORDER ON WITHDRAWAL OF BAC'S MOTION - 1
CASE NO. 10-00357-MJP

1  March 26, 2010 having been stricken and BAC's Motion to Withdaw the Reference [Docket

2  #1] having been withdrawn; and the Court having previously ruled on Plaintiff Karl Reinke's

3  motion to change venue [Docket #14] pursuant to the March 4, 2010 order entered in U.S.

4  District Court, Western District of Washington, Case No. C09-1684JLR, *Karl Reinke v.*

5  *Northwest Trustee Service, Inc., et al.*, [Docket #18], and the Court having considered the

6  files and records herein,

7  NOW THEREFORE, it is hereby ORDERED that this action is DISMISSED without

8  prejudice.

9  DATED this _18th_ day of March, 2010.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

LANE POWELL PC

By/s/ John S. Devlin
   John S. Devlin III, WSBA No. 23988
   Andrew G. Yates, WSBA No. 34239
   Heidi C. Anderson, WSBA No. 37603
   Attorneys for Defendants BAC Home
   Loans Servicing, LP

ORDER ON WITHDRAWAL OF BAC'S MOTION - 2
CASE NO. 10-00357-MJP